# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDREA M. BETHUNE,

      Plaintiff,

v.

      Case No.

CARSON GROUP HOLDINGS, LLC,

      Hon.

      Defendant.

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P34564)<br>Kevin J. Kelly (P74546)<br>Victor J. Mastromarco III (P86871)<br>THE MASTROMARCO FIRM<br>*Attorneys for Plaintiff*<br>1024 N. Michigan Avenue<br>Saginaw, MI 48602<br>TEL: (989) 752-1414<br>vmastromarco@mastromarcofirm.com<br>kkelly@mastromarcofirm.com<br>tmastro@mastromarcofirm.com | Daniel L. Villaire (P60132)<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, PLLC<br>*Attorneys for Defendant*<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>TEL: (248) 593-6400<br>daniel.villaire@ogletree.com |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant CARSON GROUP HOLDINGS, LLC (Hereafter "Carson Group" or "Defendant") by and through its undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, PLLC hereby files its Notice of Removal from the Saginaw County Circuit Court, State of Michigan, in which it is currently pending, to the

United States District Court for the Eastern District of Michigan, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, states as follows:

1.      On or about February 6, 2026, Plaintiff Andrea M. Bethune ("Plaintiff") commenced the present action in the Saginaw County Circuit Court, State of Michigan, entitled *Andrea M. Bethune v. Carson Group Holdings, LLC*, which action was assigned Case No. 26-000279-CD (hereafter "State Court Action") and named Carson Group Holdings, LLC, as the only Defendant.

2.      Plaintiff attempted to serve Carson Group with process upon its Registered Agent by mail on or about February 25, 2026.  A true and legible copy of any and all processes, pleadings, motions, orders, and other papers or exhibits of every kind then on file in the State Court Action are attached to this Notice of Removal as required by 28 U.S.C. §1446(a).  See **Exhibit A**.  No other processes, pleadings, or orders have been served upon Defendant in the State Court Action.  A copy of the Notice contemporaneously filed in the Saginaw County Circuit Court, is attached hereto as **Exhibit B**.

3.      Pursuant to 28 U.S.C. §1446(b), Carson Group has timely filed this Notice of Removal.

4.      Removal to this Court is proper under 28 U.S.C. §1446(a) because the United States District Court for the Eastern District of Michigan is the district and

division within which the Saginaw County Circuit Court, State of Michigan is located.

5.     Written notice of the filing of Notice of Removal to Federal Court is being provided to Plaintiff herewith, as required by 28 U.S.C. § 1446(d).  (See **Exhibit B**).

6.     Plaintiff is, and was at the time of filing the Complaint and at the time of removal, a citizen of the State of Michigan.  Plaintiff alleges in the Complaint that she is a resident of Saginaw County, Michigan and worked for Defendant Carson Group in Saginaw County, Michigan.  (See Complaint ¶¶ 1, 6.)

7.     Complete diversity of citizenship exists because Defendant Carson Group is not a citizen of the State of Michigan within the meaning of 28 U.S.C. §1332(c)(1).  Rather, Defendant Carson Group is a foreign limited liability company organized under the State of Delaware, with its principal place of business located in Omaha, Nebraska.

8.     As part of her Complaint, Plaintiff has alleged damages for alleged violations of the Michigan's Elliott-Larsen Civil Rights Act, M.C.L. § 37.2202(1)(a), 2801, and 2802. (See Complaint, ¶¶ 35-37, pgs. 5-6.)

9.     Because Plaintiff seeks all relief the Court deems just and equitable, including the damages outlined above, the total damages that Plaintiff could recover

in this case certainly exceed $75,000. Therefore, the jurisdictional amount in controversy requirement is met and diversity jurisdiction exists.

**WHEREFORE,** Defendant CARSON GROUP HOLDINGS, LLC, requests that the case styled, *Andrea M. Bethune v. Carson Group Holdings, LLC*, which action was assigned Case No. 26-000279-CD in the Saginaw County Circuit Court, be removed to the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

s/ Daniel L. Villaire
Daniel L. Villaire (P60132)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
F: (248) 283-2925
Dated: March 18, 2026          daniel.villaire@ogletree.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.  I further certify that I served a copy of such filing via first class mail and e-mail on the following:

Victor J. Mastromarco, Jr. (P34564)
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, MI 48602

vmastromarco@mastromarcofirm.com


 s/ Daniel L. Villaire
Daniel L. Villaire (P60132)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
F: (248) 283-2925
Dated: March 18, 2026          daniel.villaire@ogletree.com

5

55514362.v1-OGLETREE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDREA M. BETHUNE,

      Plaintiff,

v.

CARSON GROUP HOLDINGS, LLC,

      Defendant.

Case No.

Hon.

---

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P34564) | Daniel L. Villaire (P60132) |
| Kevin J. Kelly (P74546) | OGLETREE, DEAKINS, NASH, |
| Victor J. Mastromarco III (P86871) | SMOAK & STEWART, PLLC |
| THE MASTROMARCO FIRM | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 34977 Woodward Avenue, Suite 300 |
| 1024 N. Michigan Avenue | Birmingham, MI 48009 |
| Saginaw, MI 48602 | TEL: (248) 593-6400 |
| TEL: (989) 752-1414 | daniel.villaire@ogletree.com |
| vmastromarco@mastromarcofirm.com | |
| kkelly@mastromarcofirm.com | |
| tmastro@mastromarcofirm.com | |

---

**NOTICE OF REMOVAL**

**INDEX OF EXHIBITS**

Exhibit A        Plaintiff's Complaint & Demand for Trial by Jury

Exhibit B        Notice of Filing Notice of Removal

# EXHIBIT A

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|

| **STATE OF MICHIGAN**<br>10th    **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER**<br>25-      -CD<br>26-000279-CD |
|---|---|---|

| **Court address** | **Court telephone number** |
|---|---|
| 111 S. Michigan Ave, Saginaw, MI 48602 | 989-790-5200 |

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Andrea Bethune | **v** | Carson Group Holdings, LLC<br>251 Little Falls Drive<br>Wilmington, Delaware 19808<br>302-636-5401 |

| Plaintiff's attorney bar number, address, and telephone number | |
|---|---|
| Victor J. Mastromarco Jr.<br>The Mastromarco Firm<br>1024 N. Michigan Ave<br>Saginaw, MI 48602 | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.      **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>2-6-24 | Expiration date*<br>5-8-24 | Court clerk<br>Vanessa Guenn |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01**   (3/23)   **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons**   (3/23)                                                        Case Number 25-000279-CD

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served    ☐ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____.
Attachments (if any)                                            Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF SAGINAW

ANDREA M. BETHUNE,

      Plaintiff,

v.

CARSON GROUP HOLDINGS, LLC,

      Defendant.

_____/

Case No. 26- OOO279  -CD

Hon.    MANVEL TRICE III P63072

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
VICTOR J. MASTROMARCO III (P86871)
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com
tmastromarco@mastromarcofirm.com

_____/

There is no other pending or resolved civil action arising out
of the transaction or occurrence alleged in the complaint.

**PLAINTIFF'S COMPLAINT & DEMAND FOR TRIAL BY JURY**

NOW COMES Plaintiff, ANDREA M. BETHUNE, by and through her attorneys, THE

MASTROMARCO FIRM, and hereby complains against Defendant, CARSON GROUP

HOLDINGS, LLC, stating as follows:

**COMMON ALLEGATIONS**

1.     That Plaintiff is a resident of the County of Saginaw, State of Michigan and is

otherwise domiciled in the State of Michigan.

2.     That Defendant is a foreign limited liability company formed in the State of

1

Delaware and operating within the County of Saginaw, State of Michigan.

3. That the amount in controversy exceeds the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), exclusive of costs, interest, and attorney fees.

4. That Plaintiff was born in 1967 and is currently fifty-eight (58) years old.

5. That Defendant operates in the County of Saginaw, State of Michigan with an office located at 3772 Fashion Square Boulevard, Saginaw, Michigan 48603.

6. That on or about June 18, 2018, Plaintiff began working for Defendant and/or its predecessor in interest, Abbs Retirement Planning Advisors, Inc.

7. That at all times material hereto, Plaintiff performed her job duties in a satisfactory and/or an above-satisfactory manner.

8. That on or about January 1, 2024, upon information and belief, Defendant purchased Abbs Retirement Planning Advisors, Inc. and formally took over operations as of January 1, 2025.

9. That after Defendant's takeover of the office, Defendant hired a substantially younger individual, Justine Reinhardt, who was approximately twenty-eight (38 or 39) years old.

10. That Plaintiff was required to train the new employee, who was approximately twenty (20) years younger than herself.

11. That Ms. Reinhardt did not meet the qualifications for the job and required such training to be able to complete her job duties.

12. That it appears that Defendant was attempting to staff the office with younger female employees who were under forty (40) years old.

13. That Plaintiff was the oldest female employee, being twenty (20) to thirty (30) years older than the substantially younger female staff.

2

14. That after Defendant's takeover of the office, Plaintiff was also told that in November 2025 that her title was being changed to Client Experience Advocate.

15. That in point of fact, Defendant abruptly terminated Plaintiff's employment on or about January 5, 2026, claiming that it was eliminating Plaintiff's position.

16. That Defendant replaced Plaintiff with Ms. Reinhardt, the substantially younger individual Plaintiff was required to train.

17. That Ms. Reinhardt was not qualified to perform Plaintiff's job duties.

18. That Defendant's proffered reasons for terminating Plaintiff's employment are pretextual in nature.

19. That Defendant's proffered reasons for terminating Plaintiff's employment are either not based in fact, did not actually motivate the decision, and/or were too insignificant to warrant the action taken.

20. That Defendant's actions constitute age discrimination in violation of the Elliott-Larsen Civil Rights Act.

21. That as a direct and proximate result of Defendant's unlawful actions, Plaintiff has and will continue to suffer economic damages, including, but not limited to, lost wages, back pay, front pay, health, dental, vision, and/or life insurance benefits, short-term and/or long-term disability benefits, pension and/or retirement benefits, investment opportunities, employer contributions, and any and all other compensation and/or fringe benefits lost to Plaintiff along with an additional amount to offset any negative tax consequences incurred as a result of recovery.

22. That as a direct and proximate result of Defendant's unlawful actions, Plaintiff has suffered and will continue to suffer noneconomic damages, including, but not limited to, emotional distress, mental anguish, shock, fright, embarrassment, humiliation, nervousness, anxiety,

3

depression, denial of social pleasures, and disruption of lifestyle.

23.     That Plaintiff hereby claims the costs of the litigation, including reasonable attorney fees and witness fees, pursuant to MCL 37.2801 and MCL 37.2802.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in her favor in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in addition to costs, interest, and attorney fees along with any and all legal and/or equitable relief this Court deems just.

## COUNT I – AGE DISCRIMINATION IN VIOLATION OF THE ELLIOTT-LARSEN CIVIL RIGHTS ACT

24.     That Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 23 of her Common Allegations, word for word and paragraph for paragraph, as if fully restated herein.

25.     That the Elliott-Larsen Civil Rights Act makes it unlawful for an employer to discharge or otherwise discriminate against an individual with respect to employment, compensation, or a term, condition, or privilege of employment, because of age. MCL 37.2202(1)(a).

26.     That at all times material hereto, Defendant was Plaintiff's "employer" as defined by the Act. MCL 37.2201(1).

27.     That at all times material hereto, Plaintiff was and is a member of a protected class by virtue of her age, fifty-eight (58) years old.

28.     That at all times material hereto, Plaintiff was and is qualified for the positions she held.

29.     That Defendant took adverse employment action against Plaintiff, including, but not limited to, terminating her employment.

THE MASTROMARCO FIRM | 1024 N. Michigan Avenue | Saginaw, Michigan 48602 | (989) 752-1414

30. That Plaintiff suffered said adverse employment actions under circumstances that give rise to an inference of age discrimination.

31. That Defendant replaced Plaintiff with a substantially younger individual.

32. That Defendant's proffered reasons for terminating Plaintiff's employment are pretextual in nature.

33. That Defendant's proffered reasons for terminating Plaintiff's employment are either not based in fact, did not actually motivate the decision, and/or were too insignificant to warrant the action taken.

34. That Defendant's actions constitute age discrimination in violation of the Elliott-Larsen Civil Rights Act.

35. That as a direct and proximate result of Defendant's unlawful actions, Plaintiff has and will continue to suffer economic damages, including, but not limited to, lost wages, back pay, front pay, health, dental, vision, and/or life insurance benefits, short-term and/or long-term disability benefits, pension and/or retirement benefits, investment opportunities, employer contributions, and any and all other compensation and/or fringe benefits lost to Plaintiff along with an additional amount to offset any negative tax consequences incurred as a result of recovery.

36. That as a direct and proximate result of Defendant's unlawful actions, Plaintiff has suffered and will continue to suffer noneconomic damages, including, but not limited to, emotional distress, mental anguish, shock, fright, embarrassment, humiliation, nervousness, anxiety, depression, denial of social pleasures, and disruption of lifestyle.

37. That Plaintiff hereby claims the costs of the litigation, including reasonable attorney fees and witness fees, pursuant to MCL 37.2801 and MCL 37.2802.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in

THE MASTROMARCO FIRM | 1024 N. Michigan Avenue | Saginaw, Michigan 48602 | (989) 752-1414

her favor in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) in addition to costs, interest, and attorney fees along with any and all legal and/or equitable relief this Court deems just.

Respectfully submitted,
THE MASTROMARCO FIRM

Dated: January 30, 2026          By: _____
                                      VICTOR J. MASTROMARCO, JR. (P34564)
                                      Attorneys for Plaintiff
                                      1024 N. Michigan Avenue
                                      Saginaw, Michigan 48602
                                      (989) 752-1414

6

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF SAGINAW

ANDREA M. BETHUNE,

      Plaintiff,

                                       Case No. 26- OCO279    -CD

v.                                     Hon.
                                           MANVEL TRICE III P63072

CARSON GROUP HOLDINGS, LLC,

      Defendant.

_____/

THE MASTROMARCO FIRM
VICTOR J. MASTROMARCO, JR. (P34564)
KEVIN J. KELLY (P74546)
VICTOR J. MASTROMARCO III (P86871)
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, Michigan 48602
(989) 752-1414
vmastromarco@mastromarcofirm.com
kkelly@mastromarcofirm.com
tmastromarco@mastromarcofirm.com

_____/

## PLAINTIFF'S DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff, ANDREA M. BETHUNE, by and through her attorneys, THE

MASTROMARCO FIRM, and hereby demands a trial by jury on all the above issues, unless

otherwise expressly waived.

Respectfully submitted,
THE MASTROMARCO FIRM

Dated: January 20, 2026                    By: _____
                                                VICTOR J. MASTROMARCO, JR. (P34564)
                                                Attorneys for Plaintiff
                                                1024 N. Michigan Avenue
                                                Saginaw, Michigan 48602
                                                (989) 752-1414



7020 1290 0001 1105 5822

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 48603
02 7W
0008044009 FEB. 18. 2026.
$ 011.87⁰

## First Class Mail

The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, MI 48602

Carson Group Holdings, LLC
251 Little Falls Drive
Wilmington, Delaware 19808

# EXHIBIT B

**STATE OF MICHIGAN**
**IN CIRCUIT COURT FOR THE COUNTY OF SAGINAW**

ANDREA M. BETHUNE,

       Plaintiff,

                             Case No. 26-000279-CD

v.

                             Hon. Manvel Trice III

CARSON GROUP HOLDINGS, LLC.,

       Defendant.

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P34564) | Daniel L. Villaire (P60132) |
| Kevin J. Kelly (P74546) | OGLETREE, DEAKINS, NASH, SMOAK & |
| Victor J. Mastromarco III (P86871) | STEWART, PLLC |
| THE MASTROMARCO FIRM | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 34977 Woodward Avenue, Suite 300 |
| 1024 N. Michigan Avenue | Birmingham, Michigan 48009 |
| Saginaw, MI 48602 | TEL: (248) 593-6400 |
| TEL: (989) 752-1414 | FAX: (248) 593-2603 |
| vmastromarco@mastromarcofirm.com | daniel.villaire@ogletree.com |
| kkelly@mastromarcofirm.com | |
| tmastro@mastromarcofirm.com | |

**<u>NOTICE OF FILING NOTICE OF REMOVAL</u>**

      PLEASE TAKE NOTICE that the above-captioned matter has been removed from the Saginaw County Circuit Court, where it was previously pending, to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  A copy of the Notice of Removal is attached hereto as Exhibit 1.

1

Respectfully submitted,

Daniel L. Villaire (P60132)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, Michigan 48009
TEL: (248) 593-6400
FAX: (248) 593-2603
daniel.villaire@ogletree.com

Dated: March 18, 2026

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, I filed the foregoing *Notice of Filing Notice of Removal* with the Clerk of the Court via FedEx Next Day.

I further certify that I served a copy of such filing via first class mail and e-mail on the following:

Victor J. Mastromarco, Jr.
The Mastromarco Firm
1024 N. Michigan Avenue
Saginaw, MI 48602

vmastromarco@mastromarcofirm.com

Respectfully submitted,

Daniel L. Villaire (P60132)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, Michigan 48009
TEL: (248) 593-6400
FAX: (248) 283-2925
daniel.villaire@ogletree.com

Dated: March 18, 2026

3

55514414.v1-OGLETREE